UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**LEE COUNTY, ARKANSAS**                                               **PLAINTIFF**

v.                      **CASE NO. 2:07-CV-00082 BSM**

**VOLVO CONSTRUCTION EQUIPMENT
NORTH AMERICA, INC.; SCOTT
CONSTRUCTION EQUIPMENT
COMPANY OF LOUISIANA, L.L.C.;
and JOHN DOES 1-10**                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the order of this date, granting defendants' motions for summary judgment, plaintiff's complaint must be dismissed with prejudice against defendants.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of defendants and against plaintiff.

IT IS FURTHER ORDERED that the complaint be, and it is hereby, dismissed with prejudice.

IT IS SO ORDERED THIS 20th day of November, 2008.

                                           _____
                                           UNITED STATES DISTRICT JUDGE